**FILED**

FEB 2 3 2001

CLERK, U.S. DISTRICT COURT
'STERN DISTRICT OF CALIFORNI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA INDEPENDENT SYSTEM
OPERATOR CORPORATION,

        Plaintiff,

    v.

RELIANT ENERGY SERVICES, INC.,
RELIANT ENERGY COOLWATER, LLC,
RELIANT ENERGY ELLWOOD, LLC,
RELIANT ENERGY ETIWANDA, LLC,
RELIANT ENERGY MANDALAY, LLC;
and RELIANT ENERGY ORMOND
BEACH. LLC,

        Defendants.

_____/

No. Civ. S-01-0238 FCD/JFM

**STIPULATION AND ORDER**

    WHEREAS certain of the parties to this litigation have entered into agreements relating to the relief requested in the motions currently pending before this Court,

IT IS HEREBY STIPULATED AND AGREED THAT:

    1.    The temporary restraining order currently in effect will expire as of 5:00 p.m. on February 23, 2001 or the date of execution by the Court of this Stipulation and Order, whichever is earlier.  In the event this Stipulation and Order is not executed by the Court as of 5:00 p.m. on February 23, 2001, Plaintiff California Independent System Operator withdraws its consent thereto.

109

2.  The Reliant Defendants, Williams, and Dynegy (collectively "Generator Defendants") will comply with emergency dispatch orders of the California ISO under the terms of the ISO tariff without regard to whether ISO allocates the cost of power produced in response to such a dispatch order to a creditworthy Scheduling Coorindator until the earlier of the following:

    (a)  5:00 p.m. Pacific Standard Time on March 19, 2001, or

    (b)  two business days (but in no event less than 48 hours) after written notice to this Court and the parties by a Generator Defendant that this stipulated obligation is terminated as to it.

3.  Notice of termination by a Generator Defendant of its obligation under paragraph 2(b) shall not affect the stipulated obligations or remaining Generator Defendants except that, on receipt of such notice, each remaining Generator Defendant shall have the right to file with the Court an election terminating its obligation. In the event of such an election, the obligation of a terminating Generator Defendant to comply with ISO dispatch orders imposed by paragraph 2 shall end 48 hours after written notice to ISO of the election to terminate. Each terminating Generator Defendant shall have the same right and status to participate in any legal proceedings that follow the initial notice of termination, including any appeal.

4.  The motions heard by this Court on February 16, 2001, including ISO's motion for preliminary injunction, Reliant's motion to dismiss or stay pursuant to the FERC order, and DWR's motion to dismiss Reliant's third party complaint, will be deemed submitted at 5:00 p.m. on March 16, 2001, or at 5:00 p.m. on the day written notice of termination of the obligation stipulated in paragraph 2 is filed with the Court, whichever is earlier.

5.  No further discovery or motions related to claims heretofore asserted may be initiated in this action prior to the submission under paragraph 4 other than a motion to enforce the terms of this Stipulation and Order.

2

6.   The deadlines for filing all responsive pleadings (including but not limited to DWR's answer to Reliant's third-party complaint, which deadline becomes applicable only if DWR's motion to dismiss is denied; ISO's answer or response to Reliant's counterclaims; and Dynegy's and Williams' answers or responses to the complaint) shall be extended until 30 days after the date of submission specified in paragraph 4.

7.   The parties will file a joint status conference statement on Friday, March 9, 2001, and will appear before the Court for a further status conference on Friday, March 16 at 1:30 p.m.

8.   This stipulation is the result of compromise and shall not be construed as an admission by any party concerning the merits of any other party's claims and/or defenses.  The parties' obligations under this stipulation are expressly subject to all other rights and remedies the parties may have, including, but not limited to, the right to seek orders by the Federal Energy Regulatory Commission with respect to a generator's obligation under the ISO tariff to respond to an emergency dispatch order if the ISO does not have a creditworthy scheduling coordinator to which all of the costs associated with the emergency dispatched power can be allocated.

///
///
///
///
///
///
///
///
///
///

3

1   DATED: February 23, 2001.

2

3                   FARELLA BRAUN & MARTEL, LLP

4

5                   By:  Norma G. Formanek

6                         Norma G. Formanek
                         Attorneys for Plaintiff California
7                         Independent System Operator Corporation

8   DATED: February __, 2001.

9                   McCUTCHEN, DOYLE, BROWN & ENERSEN, LLP

10

11

12                 By:

13                       Terry J. Houlihan
                       Attorneys for the Reliant Defendants

14  DATED: February __, 2001.

15

16                   PILLSBURY WINTHROP LLP

17

18                 By:

19                       Robert A. Mittelstaedt
                       Attorneys for Defendant
20                       Dynegy Power Corp.

21

22

23

24

25

26

1    DATED: February 23, 2001.

2

3                                      FARELLA BRAUN & MARTEL, LLP

4

5                                      By: _____

6                                             Norma G. Formanek
                                           Attorneys for Plaintiff California
7                                      Independent System Operator Corporation

8    DATED: February __, 2001.

9

10                                     McCUTCHEN, DOYLE, BROWN & ENERSEN, LLP

11

12                                     By: _____
                                              Terry J. Houlihan
13                                        Attorneys for the Reliant Defendants

14   DATED: February 23 2001.

15

16                                     PILLSBURY WINTHROP LLP

17

18                                     By: _____  FOR

19                                            Robert A. Mittelstaedt
                                            Attorneys for Defendant
20                                                   Dynegy

21

22

23

24

25

26

21313108 3/23130-0004
P.05/05

PILLSBURY 415 983 1200        FEB-23-2001  13:26

1   DATED: February __, 2001.

2

3                                    THE WILLIAMS COMPANIES, INC.

4

5                                    By: _Alex A. Goldberg_ /TSH

6                                         Alex A. Goldberg
                                          Senior Regulatory Counsel
7                                         Attorneys for Defendant Williams Energy

8   DATED: February __, 2001.

9                                    WILLIAMS & CONNOLLY, LLP

10

11                                   By: _____

12                                        Steve Raber
                                          Attorneys for the AES Defendants
13  DATED: February 23 2001.

14                                   OFFICE OF THE ATTORNEY GENERAL
                                     OF THE STATE OF CALIFORNIA
15

16

17                                   By: _Vickie P. Whitney_

18                                        Vickie P. Whitney
                                          Deputy Attorney General
19                                        Attorneys for Intervenor People of the State of
                                          California ex rel. Electricity Oversight Board
20  DATED: February 23, 2001.

21                                   STATE OF CALIFORNIA
                                     ELECTRICITY OVERSIGHT BOARD
22

23

24                                   By: _Sidney Mannheim Jubien_

25                                        Sidney Mannheim Jubien
                                          Senior Staff Counsel
26                                        Attorneys for the Electricity Oversight Board

Z13131083/23130-0004

1

DATED: February 23, 2001.

2
3

OFFICE OF THE ATTORNEY GENERAL
OF THE STATE OF CALIFORNIA

4

5

By: _____

6

Richard M. Thalhammer
Supervising Deputy Attorney General
Attorneys for the California Department of
Water Resources, *specially appearing*
*and without waiving any objections to its*
*status as a party herein.*

7

8

9

Pursuant to the above stipulation, IT IS SO ORDERED.

10

11

DATED: February __, 2001.

12

13

_____

14

The Hon. Frank C. Damrell, Jr.
United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

21313108.3/23130-0004

United States District Court
for the
Eastern District of California
February 23, 2001

\* \* CERTIFICATE OF SERVICE \* \*

2:01-cv-00238

CA Independent

v.

Reliant Energy Svc

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  February 23, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

>           Norma G Formanek                    MP/FCD
>           NOT EDCA ADMITTED
>           Farella Braun and Martel
>           235 Montgomery Street
>           Suite 3000
>           San Francisco, CA  94104
>
>           Terry James Houlihan
>           McCutchen Doyle Brown and Enersen
>           Three Embarcadero Center
>           San Francisco, CA  94111-4066
>
>           Hiren Madhubhai Patel
>           Attorney General's Office of the State of California
>           PO Box 944255
>           1300 I Street
>           Suite 125
>           Sacramento, CA  94244-2550
>
>           Sidney Mannheim Jubien
>           California State Electricity Oversite Board
>           770 L Street
>           Suite 1250
>           Sacramento, CA  95814

Jack L. Wagner, Clerk

by: Deputy Clerk