**FILED**

FEB 23 2001

CLERK, U.S. DISTRICT COURT
ASTERN DISTRICT OF CALIFORNI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----ooOoo----

| | |
|---|---|
| CALIFORNIA INDEPENDENT SYSTEM OPERATOR CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>RELIANT ENERGY SERVICES, INC., et al.,<br><br>    Defendants. | NO. CIV. S-01-238 FCD/JFM<br><br>STIPULATION AND ORDER |

----ooOoo----

At the telephonic status conference held *in camera* on Friday, February 23, 2001 at 2:00 p.m., counsel for the California Independent System Operator Corporation ("ISO") and AES Pacerita Inc., AES Alamitos, LLC, AES Huntington Beach, LLC, and AES Redondo Beach, LLC (collectively "AES") made the following stipulations:

1. AES will comply with the provisions of the ISO tariff;
2. ISO will comply with the provisions of the ISO tariff.
3. ISO will not require AES to comply with emergency dispatch orders where such compliance will result in a

1

110

1 | violation of state or federal law.
2 | AES and ISO shall file and serve a signed stipulation not
3 | later than Tuesday, February 27, 2001.  In accordance with
4 | paragraph 7 of the Stipulation and Order filed simultaneously
5 | herewith, AES will join with the other parties and file a joint
6 | status conference statement on Friday, March 9, 2001, and will
7 | appear before the court for a further status conference on
8 | Friday, March 16, 2001 at 1:30 p.m.
9 | IT IS SO ORDERED.
10 | DATED: February 23, 2001.

FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE

United States District Court
for the
Eastern District of California
February 23, 2001

* * CERTIFICATE OF SERVICE * *

2:01-cv-00238

CA Independent

   v.

Reliant Energy Svc

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on February 23, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
Norma G Formanek                              MP/FCD
NOT EDCA ADMITTED
Farella Braun and Martel
235 Montgomery Street
Suite 3000
San Francisco, CA  94104

Terry James Houlihan
McCutchen Doyle Brown and Enersen
Three Embarcadero Center
San Francisco, CA  94111-4066

Hiren Madhubhai Patel
Attorney General's Office of the State of California
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA  94244-2550

Sidney Mannheim Jubien
California State Electricity Oversite Board
770 L Street
Suite 1250
Sacramento, CA  95814
```

Jack L. Wagner, Clerk

by: Deputy Clerk